CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT JASON MARTIN,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00573** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **RANDY MATHENA,** | ) | **By: Hon. James C. Turk** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that plaintiff's motion to amend is **GRANTED**; the plaintiff's amended complaint is

**DISMISSED**, pursuant to 28 U.S.C. 1915A(b)(1); and the case is **STRICKEN** from the active

docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER:** This _21st_ day of January, 2009.

_James C. Turk_
Senior United States District Judge